UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SEPULVEDA,<br><br>        Plaintiff,<br><br>  v.<br><br>IRINEO GUZMAN GUZMAN, and PAULA J. LINDERMAN,<br><br>        Defendant. | No.  2:25-cv-01197-TLN-CSK<br><br><br>**ORDER** |

    Each of the parties in the above-captioned case has filed a "Consent to Proceed Before a United States Magistrate." See 28 U.S.C. § 636(c).  According to E.D. Cal. R. 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

    The undersigned has reviewed the file herein and recommends that the above-captioned case be assigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

    IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the Honorable Chi Soo Kim, Magistrate Judge.  The

1

parties shall take note that all documents hereafter filed with the Clerk of the Court shall bear case number 2:25-cv-01197-CSK.

All currently scheduled dates presently set before Judge Nunley are hereby VACATED.

DATED: June 3, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

Having also reviewed the file, I accept reference of this case for all further proceedings and entry of final judgment.

DATED: June 6, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, sepu1197.25